**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/29/16 2:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>JONATHAN C DRIVER<br><br>  Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>   vs.<br>JONATHAN C DRIVER<br><br><br>  Respondents | Case No.11-24730GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 163 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this    29th    day of    July,    2016,    it is hereby ORDERED, ADJUDGED, and DECREED that,

Moc Inc
Attn: Payroll Manager
300 Liberty Ave
Ste 217
Pittsburgh,PA 15222

is hereby ordered to immediately terminate the attachment of the wages of JONATHAN C DRIVER, social security number XXX-XX-5492.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JONATHAN C DRIVER.

BY THE COURT:

_____
cgt
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 11-24730-GLT
Jonathan C Driver                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: amaz            Page 1 of 1              Date Rcvd: Jul 29, 2016
                       Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2016.
db             +Jonathan C Driver,    504 Osborne Street,    White Oak, PA 15131-1023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2016                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage, LLC. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian T. LaManna    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mwc-law.com
              David W. Raphael    on behalf of Creditor    JPMorgan Chase Bank, N.A. draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              David W. Raphael    on behalf of Creditor    JPMorgan Chase Bank, National Association
               draphael@grenenbirsic.com,    mcupec@grenenbirsic.com
              Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
              Jeremy J. Kobeski    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pawb@fedphe.com
              Laura M. McCurdy    on behalf of Creditor    Moon Area School District lmccurdy@wbklegal.com
              Laura M. McCurdy    on behalf of Attorney    Sto-Rox School District lmccurdy@wbklegal.com
              Lauren M. Lamb    on behalf of Debtor Jonathan C Driver
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com
              Marisa Myers Cohen    on behalf of Creditor    JPMorgan Chase Bank, N.A. mcohen@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Robert P. Wendt    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas E. Reilly    on behalf of Creditor    First National Bank of Pennsylvania
               ecf@tomreillylaw.com
                                                                                                 TOTAL: 17