Attorney Completed
Yes/No/Not
Applicable

Quality Review Questionnaire - Response to Notice of Final Cure

1  DID THE SIGNER MEET ALL THE SIGNING REQUIREMENTS INCLUDING THE FOLLOWING: LEGIBLE SIGNERS NAME, TITLE, ENTITY, DOCUMENT WAS SIGNED BY INDIVIDUAL NOT AN ENTITY AND THE SIGNATURE IS NOT A STAMP?

2  DOES THE SIGNER HAVE SIGNING AUTHORITY (IF CHASE EXECUTED)?

3  HAVE ANY TRANSACTIONS OCCURRED IN THE TIME BETWEEN THE PREPARATION OF THE NOFC WORKSHEET AND THE REVIEW BY THE SIGNER/ANALYST?

4  IS THE COMPANY NAME, ADDRESS AND TELEPHONE NUMBER CORRECT ON THE DOCUMENT (IF CHASE EXECUTED)?

5  IS THE INVESTOR/CREDITOR NAME CORRECT?

6  IS THE NAME OF THE BORRWER(S), CASE #, COURT CLAIM NO, IF APPLICABLE, CHAPTER NUMBER AND THE LAST FOUR DIGITS OF THE SOCIAL/LOAN NUMBER CORRECT?

7  IS THE PROPERTY ADDRESS CORRECT?

8  WAS THE EXECUTED DOCUMENT DATED CORRECTLY (IF CHASE EXECUTED)?

9  WAS THE POST PETITION DEFAULT PAYMENTS BOX SELECTED CORRECTLY?

10  WAS THE PRE AND POST PETITION TOTAL AMOUNTS DUE (IF APPLICABLE) CORRECT?

11  WAS THE PRE PETITION DEFAULT PAYMENTS BOX SELECTED CORRECTLY?

**Fill in this information to identify the case:**

Debtor 1          JONATHAN C. DRIVER

Debtor 2
(Spouse, if filing)

United States Bankruptcy          District
Court for the:          WESTERN          of    Pennsylvania
                                                    (State)

Case Number    11-24730 GLT

---

# Form 4100R

## Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g). the creditor responds to the trustee's notice of final cure payment.**

## Part 1:    Mortgage Information

| | | |
|---|---|---|
| **Name of creditor:**   JPMORGAN CHASE BANK, N.A. | | **Court Claim No.** (if known) : |
| **Last 4 digits of** any number you use to identify the debtor's account:          9575 | | 22 |

**Property Address**

1063 CREST DRIVE
Number          Street


CRESCENT, PA 15046
City          State     ZIP Code

## Part 2:    Prepetition Default Payments

*Check one:*

☒   Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐   Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

## Part 3:    Post-petition Mortgage Payment

*Check one:*

☒   Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on:          November 1, 2016

☐   Creditor states that the debtor(s) are not current on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a. Total post-petition ongoing payments due: | (a) | $0.00 |
| b. Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $0.00 |
| c. **Total**. Add lines a and b. | (c) | $0.00 |

Creditor asserts that the debtor(s) are contractually
obligated for the post-petition payment(s) that first became
due on:

| Part 4: | Itemized Payment History |
|---------|--------------------------|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

n all payments received;

n all fees, costs, escrow, and expenses assessed to the mortgage; and

n all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---------|-----------|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | | Date | September 30, 2016 |
|---|---|---|---|
| | /s/ Jerome Blank, Esquire | | |
| | Signature | | |

| Print | Jerome Blank, Esq., Id. No.49736 | Title | Attorney for Plaintiff |
|-------|----------------------------------|-------|------------------------|
| | First Name        Middle Name              Last Name | | |

| Company | Phelan Hallinan Diamond & Jones, LLP |
|---------|--------------------------------------|

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza |
|---------|--------------------------------------------------------|
| | Number              Street |

| | Philadelphia, PA 19103 |
|---|------------------------|
| | City                          State              ZIP Code |

| Contact Phone | 215-563-7000 | Email | jerome.blank@phelanhallinan.com |
|---------------|--------------|-------|---------------------------------|

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **JONATHAN C. DRIVER** | : | **BK. No. 11-24730 GLT** |
| Debtor | : | |
| | : | **Chapter No. 13** |
| **JPMORGAN CHASE BANK, N.A** | : | |
| Movant | : | |
| v. | : | |
| **JONATHAN C. DRIVER** | : | |
| Respondent | : | **11 U.S.C. §362** |
| | : | |

### CERTIFICATE OF SERVICE OF RESPONSE TO
### NOTICE OF FINAL CURE PAYMENT

I certify under penalty of perjury that I served or caused to be served the above captioned Response to Notice of Final Cure Payment on the parties at the addresses shown below or on the attached list on <u>September 30, 2016</u>.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail.</u>

Service by Electronic Notification          Service by First Class Mail

RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)      JONATHAN C. DRIVER
SUITE 3250, USX TOWER, 600 GRANT STREET      1063 CREST DRIVE
PITTSBURGH, PA 15219                      CRESCENT, PA 15046

LAUREN M. LAMB, ESQUIRE
707 GRANT STREET, 28TH FLOOR - GULF TOWER
PITTSBURGH, PA 15219
OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

            <u>/s/ Jerome Blank, Esquire</u>
            Jerome Blank, Esq., Id. No.49736
            Phelan Hallinan Diamond & Jones, LLP
            Omni William Penn Office Tower
            555 Grant Street, Suite 300
            Pittsburgh, PA 15219
            Phone Number: 215-563-7000 Ext 31625
            Fax Number: 215-568-7616
            Email: jerome.blank@phelanhallinan.com

September 30, 2016