**Form 604**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jonathan C Driver** | : | Case No. 11–24730–GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 168 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 11/23/16 at 11:00 AM |
| | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

      *AND NOW,* this *29th day of September, 2016*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 168 by the Chapter 13 Trustee,

      It is hereby *ORDERED, ADJUDGED* and *DECREED* that:

      (1)  *On or before November 14, 2016*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)  This Motion is scheduled for hearing on *November 23, 2016 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

      (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

 

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 11-24730-GLT
Jonathan C Driver                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: jhel              Page 1 of 3             Date Rcvd: Sep 29, 2016
                               Form ID: 604             Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2016.
```
db         +Jonathan C Driver,    504 Osborne Street,    White Oak, PA 15131-1023
cr          JPMorgan Chase Bank, N.A.,    Chase Records Ctr Attn Correspond Mail,
             Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA  71203
cr         +Moon Area School District,    The Law Offices of Ira Weiss,    445 Fort Pitt Boulevard,
             Suite 503,    Pittsburgh, PA 15219-1308
cr        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:  Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
13170550    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13165913    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13136563    Amex,    P.O. Box 1270,    Newark, NJ 07101-1270
13143332   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  FIA CARD SERVICES, N.A.,    PO Box 15102,
             Wilmington, DE 19886-5102)
13136566    Bank Of America,    P.O. Box 15019,    Wilmington, DE 19886-5019
13136565    Bank of America,    PO Box 15222,    Wilmington, DE 19886-5222
13169860   +Bank of America, N.A. S/B/M To BAC Home et.al,    Bankruptcy Department,    Bank of America, N.A.,
             7105 Corporate Drive,    Plano, TX 75024-4100
13136567   +Beaver County,    Tax Claim Bureau,    810 3rd Street,    Beaver, PA 15009-2139
13136569   +Beaver County Tax Claim,    810 third Street,    Beaver, PA 15009-2139
13136570   +Beaver County Tax Claim Bureau,    Courthouse,    810 Third Street,    Beaver, PA 15009-2100
13136573   +Beaver County Treasurer,    P.O. Box 250,    Beaver, PA 15009-0250
13136581   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:  Citi Cards,    P.O. Box 182564,    Columbus, OH 43218-2564)
13136575    Chase,    P.O. Box 15153,    West Point, NY 10996
13136576    Chase,    P.O. Box 1513,    Wilmington, DE 19886-5153
13136577    Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
13174101    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13136578    Chase Home Finance,    PO Box 78420,    Phoenix, AZ 85062-8420
13136582    Citi Cards,    P.O. Box 689197,    Des Moines, IA 50368-9197
13185583   +City and SD of Pittsburgh,    c/o Goehring Rutter & Boehm,    437 Grant Street 14th Floor,
             Pittsburgh PA 15219-6101
13136562   +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street 14th Floor,
             Pittsburgh PA 15219-6101
13136583   +Earl Novendstern,    2506 Hollywood Drive,    Pittsburgh, PA 15235-4918
13136586   +First National Bank,    c/o Thomas E Reilly Esq,    2200 Georgetowne Dr-Ste 403,
             Pittsburgh PA 15143-8797
13136587   +First National Bank,    4140 E. State Street,    Hermitage, PA 16148-3401
13136589    Great Lakes,    Dept. of Edication,    P.O. Box 530229,    Atlanta, GA 30353-0229
13183095    Great Lakes Educational Loan Services,    Claims Filing Unit,    PO Box 8973,
             Madison, WI 53708-8973
13136591   +HSBC,    PO Box 8800,    Baltimore, MD 21288-0001
13155628   +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    Dept oh4-7119,    Columbus, OH 43219-6009
13525221    JPMorgan Chase Bank, National Association,    c/o David W. Raphael, Esquire,
             Grenen & Birsic, PC,    One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
13525220   +JPMorgan Chase Bank, National Association,    700 Kansas Lane, Mail Code LA4-5555,
             Attn:  Correspondence Mail,    Monroe, LA 71203-4774
13136593   +Keystone Municipal Collections,    546 Wendel Road,    Irwin, PA 15642-7539
13136595    Levin,    c/o WFNNB,    P. O. Box 659704,    San Antonio, TX 78265-9704
13157001   +Moon Area School District (Moon Township),    Keystone Collections Group,
             c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,    Irwin, PA 15642-7539
13157000   +Moon Township,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,
             Irwin, PA 15642-7539
13345430    PA Department of Revenue,    Bureau of Individual Taxes,    PO Box 28121,
             Harrisburg, PA 17128-1210
13136597    PNC Bank,    P.O. Box 856177,    Louisville, KY 40285-6177
13136599   +Treasurer,    City & School District Real Estate Tax,    PO Box 747017,
             Pittsburgh, PA 15274-7017
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13136561     E-mail/Text: bkr@cardworks.com Sep 30 2016 01:23:39     Advanta,    P.O. Box 5657,
             Hicksville, NY 11802
13226729     E-mail/Text: bkr@cardworks.com Sep 30 2016 01:23:39     Advanta Bank Corporation,
             c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13136592    +E-mail/Text: cio.bncmail@irs.gov Sep 30 2016 01:24:00     Internal Revenue Service,
             P.O. Box 7346,    Philadelphia, PA 19101-7346
13136596    +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2016 01:39:59     Lowes/GEMB,    PO Box 530914,
             Atlanta, GA 30353-0914
13194267     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 30 2016 01:40:13
             Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13343390     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 30 2016 01:41:49
             Portfolio Recovery Associates, LLC,    POB 41067,    NORFOLK, VA 23541
13136600    +E-mail/Text: bnc@alltran.com Sep 30 2016 01:23:47     United Recovery Systems,
             P.O. Box 722929,    Houston, TX 77272-2929
```

```
District/off: 0315-2          User: jhel              Page 2 of 3            Date Rcvd: Sep 29, 2016
                             Form ID: 604            Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13178212         E-mail/Text: bnc-quantum@quantum3group.com Sep 30 2016 01:24:13
                  World Financial Network National Bank,   Quantum3 Group LLC,   PO Box 788,
                  Kirkland, WA  98083-0788
                                                                       TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Sto-Rox School District,   Law Offices of Ira Weiss,   445 Fort Pitt Blvd Ste 503,   Pittsburgh
cr           Allegheny County
cr           Bank of America, N.A.
cr           City and SD of Pittsburgh
cr           Duquesne Light Company
cr           First National Bank of Pennsylvania
cr           JPMorgan Chase Bank, National Association
cr           NATIONSTAR MORTGAGE LLC
cr*          ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC.,   POB 41067,
              Norfolk, VA  23541)
13136564*     AMEX,   P.O. Box 1270,   Newark, NJ 07101-1270
13136568*    +Beaver County,   Tax Claim Bureau,   810 3rd Street,   Beaver, PA 15009-2139
13136571*    +Beaver County Tax Claim Bureau,   810 3rd Street,   Beaver, PA 15009-2139
13136572*    +Beaver County Tax Claim Bureau,   Courthouse,   810 Third Street,   Beaver, PA 15009-2100
13136574*    +Beaver County Treasurer,   P.O. Box 250,   Beaver, PA 15009-0250
13136590*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Home Depot Credit Services,   Processing Center,
              Des Moines, IA 50364)
13136579*     Chase Home Finance,   PO Box 78420,   Phoenix, AZ 85062-8420
13136580*     Chase Home Finance,   PO Box 78420,   Phoenix, AZ 85062-8420
13136584*    +Earl Novendstern,   2506 Hollywood Drive,   Pittsburgh, PA 15235-4918
13136585*    +Earl Novendstern,   2506 Hollywood Drive,   Pittsburgh, PA 15235-4918
13136588*    +First National Bank,   4140 E. State Street,   Hermitage, PA 16148-3401
13136594*    +Keystone Municipal Collections,   546 Wendel Road,   Irwin, PA 15642-7539
13653166*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
              Lewisville, TX 75067)
13208202*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
13136598      ##Quest Diagnotics,   P.O. Box 71313,   Philadelphia, PA 19176-1313
                                                             TOTALS: 8, * 15, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2016 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage, LLC. agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Brian T. LaManna    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mwc-law.com
        David W. Raphael    on behalf of Creditor    JPMorgan Chase Bank, N.A. draphael@grenenbirsic.com,
          mcupec@grenenbirsic.com
```

District/off: 0315-2          User: jhel           Page 3 of 3           Date Rcvd: Sep 29, 2016
                             Form ID: 604          Total Noticed: 48


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David W. Raphael    on behalf of Creditor    JPMorgan Chase Bank, National Association
           draphael@grenenbirsic.com,  mcupec@grenenbirsic.com
          Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Jeremy J. Kobeski    on behalf of Creditor    JPMorgan Chase Bank, National Association
           pawb@fedphe.com
          Laura M. McCurdy    on behalf of Creditor    Moon Area School District lmccurdy@wbklegal.com
          Laura M. McCurdy    on behalf of Attorney    Sto-Rox School District lmccurdy@wbklegal.com
          Lauren M. Lamb    on behalf of Debtor Jonathan C Driver
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
           brose@steidl-steinberg.com;cgoga@steidl-steinberg.com
          Marisa Myers Cohen    on behalf of Creditor    JPMorgan Chase Bank, N.A. mcohen@mwc-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Robert P. Wendt    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas E. Reilly    on behalf of Creditor    First National Bank of Pennsylvania
           ecf@tomreillylaw.com
                                                                                    TOTAL: 17