Form 614

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jonathan C Driver** | : | Case No. 11−24730−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Hearing Date: 11/23/16 at 11:00 AM |
| | : | Response Date: 11/14/16 |

## ORDER SETTING STATUS CONFERENCE

**AND NOW**, the Court having reviewed the docket in this case and determined that DEBTOR(S) (the "Debtor(s)") did not file one or both of the following (each a "Certification"):

☒ *Certification of Discharge Eligibility* [PAWB Local Form 24]; and/or,

☐ *Certification of Completion of Financial Management Course*;

and the Court having entered an Order on 9/29/16 [Doc. No. 169] indicating that the failure to file a Certification will prevent the Debtor(s) from receiving a discharge of debts in this bankruptcy case; **it is hereby ORDERED, ADJUDGED, and DECREED that:**

    1. A status conference shall be held on **November 23, 2016 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 , at which time Debtor(s)' Counsel shall appear and explain why the Debtor(s) did not file the required Certification(s). A response to this Order shall be filed on or before 11/14/16.

    2. In the event that all required Certifications are filed on or before the response deadline, the Court may vacate this Order and cancel the status conference.

Dated: September 29, 2016

Case administrator to serve:
Counsel to Debtor(s)
Debtor(s)
Chapter 13 Trustee
Office of the U.S. Trustee

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 11-24730-GLT
Jonathan C Driver                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: jhel            Page 1 of 1            Date Rcvd: Sep 29, 2016
                            Form ID: 614          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2016.
db         +Jonathan C Driver,   504 Osborne Street,   White Oak, PA 15131-1023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2016 at the address(es) listed below:
     Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com,
      bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
     Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage, LLC. agornall@goldbecklaw.com,
      bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
     Brian T. LaManna    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mwc-law.com
     David W. Raphael    on behalf of Creditor    JPMorgan Chase Bank, N.A. draphael@grenenbirsic.com,
      mcupec@grenenbirsic.com
     David W. Raphael    on behalf of Creditor    JPMorgan Chase Bank, National Association
      draphael@grenenbirsic.com,   mcupec@grenenbirsic.com
     Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
      cnoroski@grblaw.com
     Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
     Jeremy J. Kobeski    on behalf of Creditor    JPMorgan Chase Bank, National Association
      pawb@fedphe.com
     Laura M. McCurdy    on behalf of Creditor    Moon Area School District lmccurdy@wbklegal.com
     Laura M. McCurdy    on behalf of Attorney    Sto-Rox School District lmccurdy@wbklegal.com
     Lauren M. Lamb    on behalf of Debtor Jonathan C Driver
      julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
      brose@steidl-steinberg.com;cgoga@steidl-steinberg.com
     Marisa Myers Cohen    on behalf of Creditor    JPMorgan Chase Bank, N.A. mcohen@mwc-law.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
      ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
      rive.com
     Robert P. Wendt    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     Thomas E. Reilly    on behalf of Creditor    First National Bank of Pennsylvania
      ecf@tomreillylaw.com
                                                                                             TOTAL: 17