**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| JONATHAN C DRIVER | Case No.:11-24730 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Repondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 27, 2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/27/2011 and confirmed on 9/14/11 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 80,978.00 |
| Less Refunds to Debtor | 1,088.04 | |
| TOTAL AMOUNT OF PLAN FUND | | 79,889.96 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,300.00 | |
| Trustee Fee | 2,761.55 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,061.55 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Secured | | | | | |
| | NATIONSTAR MORTGAGE LLC*<br>Acct: 6472 | 0.00 | 0.00 | 0.00 | 0.00 |
| | JPMORGAN CHASE BANK NA<br>Acct: 0708 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BANK ONE/DIV JPMORGAN CHASE**<br>Acct: XXX7580 | 0.00 | 0.00 | 0.00 | 0.00 |
| | EARL NOVENDSTERN<br>Acct: XXX5492 | 0.00 | 0.00 | 0.00 | 0.00 |
| | EARL NOVENDSTERN<br>Acct: XXX5492 | 0.00 | 0.00 | 0.00 | 0.00 |
| | EARL NOVENDSTERN<br>Acct: XXX5492 | 0.00 | 0.00 | 0.00 | 0.00 |
| | FIRST NATIONAL BANK OF PA(*)<br>Acct: 0196 | 0.00 | 0.00 | 0.00 | 0.00 |
| | FIRST NATIONAL BANK OF PA(*)<br>Acct: NONE | 0.00 | 0.00 | 0.00 | 0.00 |
| | FIRST NATIONAL BANK OF PA(*)<br>Acct: 1596 | 0.00 | 0.00 | 0.00 | 0.00 |
| | JPMORGAN CHASE BANK NA<br>Acct: 9575 | 81.52 | 81.52 | 0.00 | 81.52 |
| | COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: XXXXXXXXXXXXX0-11 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BEAVER COUNTY TAX CLAIM BUREAU**<br>Acct: XXX0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BEAVER COUNTY TAX CLAIM BUREAU**<br>Acct: XXX0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BEAVER COUNTY TAX CLAIM BUREAU**<br>Acct: XXX0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BEAVER COUNTY TAX CLAIM BUREAU**<br>Acct: XXX0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BEAVER COUNTY TAX CLAIM BUREAU**<br>Acct: XXX0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BEAVER COUNTY TAX CLAIM BUREAU**<br>Acct: XXX0001 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| BEAVER COUNTY<br>Acct: XXX0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| BEAVER COUNTY<br>Acct: XXX0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| BEAVER COUNTY<br>Acct: XXX0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURGH (I<br>Acct: XXXXXXXXXXXXXX0-11 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURGH (I<br>Acct: XXXXXXXXX2010 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURGH (I<br>Acct: XXXXXXXXX2010 | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK<br>Acct: 9575 | 0.00 | 45,592.34 | 0.00 | 45,592.34 |
| | | | | 45,673.86 |
| Priority | | | | |
| LAUREN M LAMB ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JONATHAN C DRIVER<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JONATHAN C DRIVER<br>Acct: | 554.00 | 554.00 | 0.00 | 0.00 |
| JONATHAN C DRIVER<br>Acct: | 534.04 | 534.04 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 2,300.00 | 2,300.00 | 0.00 | 0.00 |
| LAUREN M LAMB ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DOMESTIC RELATIONS OBLIGATION<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: XXXXXX2*08 | 0.00 | 0.00 | 0.00 | 0.00 |
| KEYSTONE MUNIC COLLECTIONS** NOW<br>Acct: XXXXXXXXX7-08 | 0.00 | 0.00 | 0.00 | 0.00 |
| MOON ASD (MOON TWP) - EIT**<br>Acct: XXXXXXXXXXXX7-08 | 428.75 | 428.75 | 0.00 | 428.75 |
| MOON TWP (EIT)**<br>Acct: XXXXXXXXXXXX7-08 | 186.63 | 186.63 | 0.00 | 186.63 |
| MOON ASD (MOON TWP) - EIT**<br>Acct: XXXXXXXXXXXX7-08 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: XXXXXX2;10 | 2,300.78 | 2,300.78 | 0.00 | 2,300.78 |
| JPMORGAN CHASE BANK NA<br>Acct: 9575 | 570.00 | 570.00 | 0.00 | 570.00 |
| NATIONSTAR MORTGAGE LLC*<br>Acct: 6472 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 3,486.16 |
| Unsecured | | | | |
| ADVANTA BANK CORPORATION<br>Acct: 3578 | 2,713.01 | 458.20 | 0.00 | 458.20 |
| AMERICAN EXPRESS CENTURION BNK<br>Acct: 3009 | 2,160.99 | 364.97 | 0.00 | 364.97 |
| AMERICAN EXPRESS BANK FSB<br>Acct: 2002 | 5,971.99 | 1,008.61 | 0.00 | 1,008.61 |
| FIA CARD SERVICES** SCCSR BANK OF .<br>Acct: 1531 | 5,682.65 | 959.74 | 0.00 | 959.74 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - Acct: 8852 | 1,085.18 | 183.28 | 0.00 | 183.28 |
| | PRA RECEIVABLES MANAGEMENT LLC - Acct: 4312 | 1,882.64 | 317.96 | 0.00 | 317.96 |
| | PRA RECEIVABLES MANAGEMENT LLC - Acct: 1978 | 9,173.87 | 1,549.37 | 0.00 | 1,549.37 |
| | PRA/PORTFOLIO RECOVERY ASSOC Acct: 6792 | 6,585.28 | 1,112.19 | 0.00 | 1,112.19 |
| | CITIBANK NA(*) Acct: XXX6766 | 0.00 | 0.00 | 0.00 | 0.00 |
| | EARL NOVENDSTERN Acct: XXX0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PRA/PORTFOLIO RECOVERY ASSOC Acct: 1505 | 1,443.00 | 243.71 | 0.00 | 243.71 |
| | HSBC++ Acct: XXX4462 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WORLD FINANCIAL NETWORK NB Acct: 2478 | 1,179.43 | 199.19 | 0.00 | 199.19 |
| | PRA/PORTFOLIO RECOVERY ASSOC Acct: 5744 | 1,954.12 | 330.03 | 0.00 | 330.03 |
| | PNC BANK NA Acct: XXX2541 | 0.00 | 0.00 | 0.00 | 0.00 |
| | QUEST DIAGNOSTICS++ Acct: XXX5259 | 0.00 | 0.00 | 0.00 | 0.00 |
| | GREAT LAKES EDUCATIONAL LOAN SER Acct: XXXXXXX1577 | 6,000.43 | 1,013.41 | 0.00 | 1,013.41 |
| | FIRST NATIONAL BANK OF PA(*) Acct: 1596 | 45,592.52 | 7,700.12 | 0.00 | 7,700.12 |
| | FIRST NATIONAL BANK OF PA(*) Acct: NONE | 32,406.51 | 5,473.14 | 0.00 | 5,473.14 |
| | FIRST NATIONAL BANK OF PA(*) Acct: 0196 | 27,515.60 | 4,647.11 | 0.00 | 4,647.11 |
| | MOON TWP (EIT)** Acct: XXXXXXXXXXXX7-08 | 317.85 | 53.68 | 0.00 | 53.68 |
| | MOON ASD (MOON TWP) - EIT** Acct: XXXXXXXXXXXX7-08 | 317.85 | 53.68 | 0.00 | 53.68 |
| | PETER J ASHCROFT ESQ Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | LAURA M MCCURDY ESQ Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | 25,668.39 |

| TOTAL PAID TO CREDITORS | 74,828.41 |
|---|---|

| TOTAL | |
|---|---|
| CLAIMED | 3,486.16 |
| PRIORITY | 81.52 |
| SECURED | 151,982.92 |

Date: 09/27/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JONATHAN C DRIVER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:11-24730<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this ______________day of _________________, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court’s registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee’s Final Report and Account (the “Final Report”). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

______________________________
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jonathan C Driver
Debtor

Case No. 11-24730-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: jhel Page 1 of 3 Date Rcvd: Sep 29, 2016
Form ID: pdf900 Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2016.

db +Jonathan C Driver, 504 Osborne Street, White Oak, PA 15131-1023
cr JPMorgan Chase Bank, N.A., Chase Records Ctr Attn Correspond Mail, Mail Code LA4-5555 700 Kansas Lane, Monroe, LA 71203
cr +Moon Area School District, The Law Offices of Ira Weiss, 445 Fort Pitt Boulevard, Suite 503, Pittsburgh, PA 15219-1308
cr ++NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 (address filed with court: Nationstar Mortgage, LLC., PO Box 630267, Irving, TX 75063)
13170550 American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701
13165913 American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701
13136563 Amex, P.O. Box 1270, Newark, NJ 07101-1270
13143332 ++BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 (address filed with court: FIA CARD SERVICES, N.A., PO Box 15102, Wilmington, DE 19886-5102)
13136566 Bank Of America, P.O. Box 15019, Wilmington, DE 19886-5019
13136565 Bank of America, PO Box 15222, Wilmington, DE 19886-5222
13169860 +Bank of America, N.A. S/B/M To BAC Home et.al, Bankruptcy Department, Bank of America, N.A., 7105 Corporate Drive, Plano, TX 75024-4100
13136567 +Beaver County, Tax Claim Bureau, 810 3rd Street, Beaver, PA 15009-2139
13136569 +Beaver County Tax Claim, 810 third Street, Beaver, PA 15009-2139
13136570 +Beaver County Tax Claim Bureau, Courthouse, 810 Third Street, Beaver, PA 15009-2100
13136573 +Beaver County Treasurer, P.O. Box 250, Beaver, PA 15009-0250
13136581 ++CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 (address filed with court: Citi Cards, P.O. Box 182564, Columbus, OH 43218-2564)
13136575 Chase, P.O. Box 15153, West Point, NY 10996
13136576 Chase, P.O. Box 1513, Wilmington, DE 19886-5153
13136577 Chase, P.O. Box 15153, Wilmington, DE 19886-5153
13174101 Chase Bank USA, N.A., PO Box 15145, Wilmington, DE 19850-5145
13136578 Chase Home Finance, PO Box 78420, Phoenix, AZ 85062-8420
13136582 Citi Cards, P.O. Box 689197, Des Moines, IA 50368-9197
13185583 +City and SD of Pittsburgh, c/o Goehring Rutter & Boehm, 437 Grant Street 14th Floor, Pittsburgh PA 15219-6101
13136562 +County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street 14th Floor, Pittsburgh PA 15219-6101
13136583 +Earl Novendstern, 2506 Hollywood Drive, Pittsburgh, PA 15235-4918
13136586 +First National Bank, c/o Thomas E Reilly Esq, 2200 Georgetowne Dr-Ste 403, Pittsburgh PA 15143-8797
13136587 +First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401
13136589 Great Lakes, Dept. of Edication, P.O. Box 530229, Atlanta, GA 30353-0229
13183095 Great Lakes Educational Loan Services, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973
13136591 +HSBC, PO Box 8800, Baltimore, MD 21288-0001
13155628 +JPMorgan Chase Bank, N.A., 3415 Vision Drive, Dept oh4-7119, Columbus, OH 43219-6009
13525221 JPMorgan Chase Bank, National Association, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222
13525220 +JPMorgan Chase Bank, National Association, 700 Kansas Lane, Mail Code LA4-5555, Attn: Correspondence Mail, Monroe, LA 71203-4774
13136593 +Keystone Municipal Collections, 546 Wendel Road, Irwin, PA 15642-7539
13136595 Levin, c/o WFNNB, P. O. Box 659704, San Antonio, TX 78265-9704
13157001 +Moon Area School District (Moon Township), Keystone Collections Group, c/o Kratzenberg & Lazzaro, 546 Wendel Rd., Irwin, PA 15642-7539
13157000 +Moon Township, Keystone Collections Group, c/o Kratzenberg & Lazzaro, 546 Wendel Rd., Irwin, PA 15642-7539
13345430 PA Department of Revenue, Bureau of Individual Taxes, PO Box 28121, Harrisburg, PA 17128-1210
13136597 PNC Bank, P.O. Box 856177, Louisville, KY 40285-6177
13136599 +Treasurer, City & School District Real Estate Tax, PO Box 747017, Pittsburgh, PA 15274-7017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

13136561 E-mail/Text: bkr@cardworks.com Sep 30 2016 01:23:39 Advanta, P.O. Box 5657, Hicksville, NY 11802
13226729 E-mail/Text: bkr@cardworks.com Sep 30 2016 01:23:39 Advanta Bank Corporation, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368
13136592 +E-mail/Text: cio.bncmail@irs.gov Sep 30 2016 01:24:03 Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346
13136596 +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2016 01:40:05 Lowes/GEMB, PO Box 530914, Atlanta, GA 30353-0914
13194267 E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 30 2016 01:41:52 Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541
13343390 E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 30 2016 01:40:19 Portfolio Recovery Associates, LLC, POB 41067, NORFOLK, VA 23541
13136600 +E-mail/Text: bnc@alltran.com Sep 30 2016 01:23:48 United Recovery Systems, P.O. Box 722929, Houston, TX 77272-2929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

13178212 E-mail/Text: bnc-quantum@quantum3group.com Sep 30 2016 01:24:18
World Financial Network National Bank, Quantum3 Group LLC, PO Box 788,
Kirkland, WA 98083-0788

TOTAL: 8

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
aty            Sto-Rox School District,   Law Offices of Ira Weiss,   445 Fort Pitt Blvd Ste 503,   Pittsburgh
cr             Allegheny County
cr             Bank of America, N.A.
cr             City and SD of Pittsburgh
cr             Duquesne Light Company
cr             First National Bank of Pennsylvania
cr             JPMorgan Chase Bank, National Association
cr             NATIONSTAR MORTGAGE LLC
cr*          ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC.,   POB 41067,
                Norfolk, VA  23541)
13136564*      AMEX,   P.O. Box 1270,   Newark, NJ 07101-1270
13136568*     +Beaver County,   Tax Claim Bureau,   810 3rd Street,   Beaver, PA 15009-2139
13136571*     +Beaver County Tax Claim Bureau,   810 3rd Street,   Beaver, PA 15009-2139
13136572*     +Beaver County Tax Claim Bureau,   Courthouse,   810 Third Street,   Beaver, PA 15009-2100
13136574*     +Beaver County Treasurer,   P.O. Box 250,   Beaver, PA 15009-0250
13136590*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court:  Home Depot Credit Services,   Processing Center,
                Des Moines, IA 50364)
13136579*      Chase Home Finance,   PO Box 78420,   Phoenix, AZ 85062-8420
13136580*      Chase Home Finance,   PO Box 78420,   Phoenix, AZ 85062-8420
13136584*     +Earl Novendstern,   2506 Hollywood Drive,   Pittsburgh, PA 15235-4918
13136585*     +Earl Novendstern,   2506 Hollywood Drive,   Pittsburgh, PA 15235-4918
13136588*     +First National Bank,   4140 E. State Street,   Hermitage, PA 16148-3401
13136594*     +Keystone Municipal Collections,   546 Wendel Road,   Irwin, PA 15642-7539
13653166*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage, LLC,   350 Highland Drive,
                Lewisville, TX 75067)
13208202*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
13136598     ##Quest Diagnotics,   P.O. Box 71313,   Philadelphia, PA 19176-1313
```

TOTALS: 8, * 15, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2016 at the address(es) listed below:

Andrew F Gornall on behalf of Creditor NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
Andrew F Gornall on behalf of Creditor Nationstar Mortgage, LLC. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
Brian T. LaManna on behalf of Creditor JPMorgan Chase Bank, N.A. ecfmail@mwc-law.com
David W. Raphael on behalf of Creditor JPMorgan Chase Bank, N.A. draphael@grenenbirsic.com, mcupec@grenenbirsic.com

District/off: 0315-2 User: jhel Page 3 of 3 Date Rcvd: Sep 29, 2016
Form ID: pdf900 Total Noticed: 48

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

David W. Raphael on behalf of Creditor JPMorgan Chase Bank, National Association draphael@grenenbirsic.com, mcupec@grenenbirsic.com
Jeffrey R. Hunt on behalf of Creditor City and SD of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com
Jeffrey R. Hunt on behalf of Creditor Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
Jeremy J. Kobeski on behalf of Creditor JPMorgan Chase Bank, National Association pawb@fedphe.com
Laura M. McCurdy on behalf of Creditor Moon Area School District lmccurdy@wbklegal.com
Laura M. McCurdy on behalf of Attorney Sto-Rox School District lmccurdy@wbklegal.com
Lauren M. Lamb on behalf of Debtor Jonathan C Driver julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dambrose@steidl-steinberg.com;cgoga@steidl-steinberg.com
Marisa Myers Cohen on behalf of Creditor JPMorgan Chase Bank, N.A. mcohen@mwc-law.com
Office of the United States Trustee ustpregion03.pi.ecf@usdoj.gov
Peter J. Ashcroft on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
Robert P. Wendt on behalf of Creditor Bank of America, N.A. pawb@fedphe.com
Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
Thomas E. Reilly on behalf of Creditor First National Bank of Pennsylvania ecf@tomreillylaw.com

TOTAL: 17