Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jonathan C Driver** | : | Case No. 11−24730−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| JPMorgan Chase Bank, National Association | : | |
| *Movant,* | : | |
| | : | Related to Claim No. 22 |
| v. | : | |
| Jonathan C Driver | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

      **AND NOW**, this **4th day of October, 2016,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***JPMorgan Chase Bank, National Association*** at Claim No. 22 in the above−captioned bankruptcy case,

      It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an ***AMENDED CHAPTER 13 PLAN;***

    (2)    a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      ***The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.*** **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 11-24730-GLT
Jonathan C Driver                                                               Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: mgut              Page 1 of 1              Date Rcvd: Oct 04, 2016
                             Form ID: 237            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2016.
db          +Jonathan C Driver,    504 Osborne Street,    White Oak, PA 15131-1023
cr           JPMorgan Chase Bank, N.A.,    Chase Records Ctr Attn Correspond Mail,
              Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA  71203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage, LLC. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian T. LaManna    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mwc-law.com
              David W. Raphael    on behalf of Creditor    JPMorgan Chase Bank, N.A. draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              David W. Raphael    on behalf of Creditor    JPMorgan Chase Bank, National Association
               draphael@grenenbirsic.com,   mcupec@grenenbirsic.com
              Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Jeremy J. Kobeski    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              Laura M. McCurdy    on behalf of Attorney    Sto-Rox School District lmccurdy@wbklegal.com
              Laura M. McCurdy    on behalf of Creditor    Moon Area School District lmccurdy@wbklegal.com
              Lauren M. Lamb    on behalf of Debtor Jonathan C Driver
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com
              Marisa Myers Cohen    on behalf of Creditor    JPMorgan Chase Bank, N.A. mcohen@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Robert P. Wendt    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas E. Reilly    on behalf of Creditor    First National Bank of Pennsylvania
               ecf@tomreillylaw.com
                                                                                             TOTAL: 18