IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 11-24730-GLT |
| Jonathan C Driver, ) | Chapter 13 |
| ) | Docket No. |
| *Debtor(s)* ) | |
| ) | |
| Jonathan C Driver, ) | |
| ) | |
| *Movant(s)* ) | |
| ) | |
| *No Respondent(s)* ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On August 4, 2016 at docket number 166, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


   November 1, 2016                                        /s/ Jonathan C. Driver
Date                                                          Debtor


   November 1, 2016 
Date                                                           Debtor

Respectfully submitted,

__November 1, 2016_            __/s/ Lauren M. Lamb_____
DATE                                      Lauren M. Lamb, Esquire
                                            Attorney for the Debtor

                                            STEIDL & STEINBERG
                                            Suite 2830, Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA 15219
                                            (412) 391-8000
                                            [llamb@steidl-steinberg.com](mailto:llamb@steidl-steinberg.com)
                                            PA I.D. No. 209201

**PAWB Local Form 24 (07/13)**