FILED
11/17/16 3:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JONATHAN C DRIVER

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:11-24730

Chapter 13

Related to Dkt. No. 168

ORDER OF COURT

AND NOW, this 17th day of November, 2016, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    cgt

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                         Case No. 11-24730-GLT
Jonathan C Driver                                                              Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0315-2          User: amaz                  Page 1 of 3                  Date Rcvd: Nov 17, 2016
                              Form ID: pdf900             Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2016.
db            +Jonathan C Driver,    504 Osborne Street,    White Oak, PA 15131-1023
cr             JPMorgan Chase Bank, N.A.,    Chase Records Ctr Attn Correspond Mail,
               Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA 71203
cr            +Moon Area School District,    The Law Offices of Ira Weiss,    445 Fort Pitt Boulevard,
               Suite 503,   Pittsburgh, PA 15219-1308
cr           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX   75063)
13170550       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13165913       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13136563       Amex,   P.O. Box 1270,    Newark, NJ 07101-1270
13143332      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,
               Wilmington, DE 19886-5102)
13136566       Bank Of America,    P.O. Box 15019,   Wilmington, DE 19886-5019
13136565       Bank of America,    PO Box 15222,   Wilmington, DE 19886-5222
13169860      +Bank of America, N.A. S/B/M To BAC Home et.al,     Bankruptcy Department,    Bank of America, N.A.,
               7105 Corporate Drive,    Plano, TX 75024-4100
13136567      +Beaver County,    Tax Claim Bureau,   810 3rd Street,    Beaver, PA 15009-2139
13136569      +Beaver County Tax Claim,    810 third Street,   Beaver, PA 15009-2139
13136570      +Beaver County Tax Claim Bureau,    Courthouse,   810 Third Street,    Beaver, PA 15009-2100
13136573      +Beaver County Treasurer,    P.O. Box 250,   Beaver, PA 15009-0250
13136581      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citi Cards,    P.O. Box 182564,    Columbus, OH 43218-2564)
13136575       Chase,   P.O. Box 15153,    West Point, NY 10996
13136577       Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
13136576       Chase,   P.O. Box 1513,    Wilmington, DE 19886-5153
13174101       Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
13136578       Chase Home Finance,    PO Box 78420,   Phoenix, AZ 85062-8420
13136582       Citi Cards,   P.O. Box 689197,    Des Moines, IA 50368-9197
13185583      +City and SD of Pittsburgh,    c/o Goehring Rutter & Boehm,    437 Grant Street 14th Floor,
               Pittsburgh PA 15219-6101
13136562      +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street 14th Floor,
               Pittsburgh PA 15219-6101
13136583      +Earl Novendstern,    2506 Hollywood Drive,   Pittsburgh, PA 15235-4918
13136586      +First National Bank,    c/o Thomas E Reilly Esq,    2200 Georgetowne Dr-Ste 403,
               Pittsburgh PA 15143-8797
13136587      +First National Bank,    4140 E. State Street,   Hermitage, PA 16148-3401
13136589       Great Lakes,   Dept. of Edication,    P.O. Box 530229,    Atlanta, GA 30353-0229
13183095       Great Lakes Educational Loan Services,    Claims Filing Unit,    PO Box 8973,
               Madison, WI 53708-8973
13136591      +HSBC,   PO Box 8800,    Baltimore, MD 21288-0001
13155628      +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    Dept oh4-7119,    Columbus, OH 43219-6009
13525221       JPMorgan Chase Bank, National Association,    c/o David W. Raphael, Esquire,
               Grenen & Birsic, PC,    One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
13525220      +JPMorgan Chase Bank, National Association,    700 Kansas Lane, Mail Code LA4-5555,
               Attn: Correspondence Mail,    Monroe, LA 71203-4774
13136593      +Keystone Municipal Collections,    546 Wendel Road,   Irwin, PA 15642-7539
13136595       Levin,   c/o WFNNB,    P. O. Box 659704,   San Antonio, TX 78265-9704
13157001      +Moon Area School District (Moon Township),    Keystone Collections Group,
               c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,   Irwin, PA 15642-7539
13157000      +Moon Township,    Keystone Collections Group,   c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,
               Irwin, PA 15642-7539
13345430       PA Department of Revenue,    Bureau of Individual Taxes,    PO Box 28121,
               Harrisburg, PA 17128-1210
13136597       PNC Bank,   P.O. Box 856177,    Louisville, KY 40285-6177
13136599      +Treasurer,   City & School District Real Estate Tax,     PO Box 747017,
               Pittsburgh, PA 15274-7017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13136561       E-mail/Text: bkr@cardworks.com Nov 18 2016 01:42:47     Advanta,    P.O. Box 5657,
               Hicksville, NY 11802
13226729       E-mail/Text: bkr@cardworks.com Nov 18 2016 01:42:47     Advanta Bank Corporation,
               c/o Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
13136592      +E-mail/Text: cio.bncmail@irs.gov Nov 18 2016 01:42:55     Internal Revenue Service,
               P.O. Box 7346,   Philadelphia, PA 19101-7346
13136596      +E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2016 01:45:02     Lowes/GEMB,    PO Box 530914,
               Atlanta, GA 30353-0914
13194267       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 18 2016 01:44:51
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13343390       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 18 2016 01:44:27
               Portfolio Recovery Associates, LLC,    POB 41067,   NORFOLK, VA 23541
13136600      +E-mail/Text: bnc@alltran.com Nov 18 2016 01:42:50     United Recovery Systems,
               P.O. Box 722929,   Houston, TX 77272-2929
```

```
District/off: 0315-2                  User: amaz                   Page 2 of 3                    Date Rcvd: Nov 17, 2016
                                      Form ID: pdf900              Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13178212          E-mail/Text: bnc-quantum@quantum3group.com Nov 18 2016 01:43:05
                   World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
                   Kirkland, WA  98083-0788
                                                                                                TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Sto-Rox School District,    Law Offices of Ira Weiss,    445 Fort Pitt Blvd Ste 503,    Pittsburgh
cr               Allegheny County
cr               Bank of America, N.A.
cr               City and SD of Pittsburgh
cr               Duquesne Light Company
cr               First National Bank of Pennsylvania
cr               JPMorgan Chase Bank, National Association
cr               NATIONSTAR MORTGAGE LLC
cr*              ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates, LLC.,    POB 41067,
                   Norfolk, VA  23541)
13136564*        AMEX,   P.O. Box 1270,    Newark, NJ 07101-1270
13136568*        +Beaver County,    Tax Claim Bureau,    810 3rd Street,    Beaver, PA 15009-2139
13136571*        +Beaver County Tax Claim Bureau,    810 3rd Street,    Beaver, PA 15009-2139
13136572*        +Beaver County Tax Claim Bureau,    Courthouse,    810 Third Street,    Beaver, PA 15009-2100
13136574*        +Beaver County Treasurer,    P.O. Box 250,    Beaver, PA 15009-0250
13136590*        ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                  (address filed with court: Home Depot Credit Services,    Processing Center,
                   Des Moines, IA 50364)
13136579*        Chase Home Finance,    PO Box 78420,    Phoenix, AZ 85062-8420
13136580*        Chase Home Finance,    PO Box 78420,    Phoenix, AZ 85062-8420
13136584*        +Earl Novendstern,    2506 Hollywood Drive,    Pittsburgh, PA 15235-4918
13136585*        +Earl Novendstern,    2506 Hollywood Drive,    Pittsburgh, PA 15235-4918
13136588*        +First National Bank,    4140 E. State Street,    Hermitage, PA 16148-3401
13136594*        +Keystone Municipal Collections,    546 Wendel Road,    Irwin, PA 15642-7539
13653166*        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                   Lewisville, TX 75067)
13208202*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
13136598         ##Quest Diagnostics,    P.O. Box 71313,    Philadelphia, PA 19176-1313
                                                                                       TOTALS: 8, * 15, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor   NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor   Nationstar Mortgage, LLC. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian T. LaManna    on behalf of Creditor   JPMorgan Chase Bank, N.A. ecfmail@mwc-law.com
              David W. Raphael    on behalf of Creditor   JPMorgan Chase Bank, N.A. draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
```

```
District/off: 0315-2           User: amaz              Page 3 of 3            Date Rcvd: Nov 17, 2016
                               Form ID: pdf900         Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      David W. Raphael    on behalf of Creditor    JPMorgan Chase Bank, National Association draphael@grenenbirsic.com, mcupec@grenenbirsic.com
      Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
      Jeremy J. Kobeski    on behalf of Creditor    JPMorgan Chase Bank, National Association pawb@fedphe.com
      Jerome B. Blank    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
      Laura M. McCurdy    on behalf of Creditor    Moon Area School District lmccurdy@wbklegal.com
      Laura M. McCurdy    on behalf of Attorney    Sto-Rox School District lmccurdy@wbklegal.com
      Lauren M. Lamb    on behalf of Debtor Jonathan C Driver julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dambrose@steidl-steinberg.com;cgoga@steidl-steinberg.com
      Marisa Myers Cohen    on behalf of Creditor    JPMorgan Chase Bank, N.A. mcohen@mwc-law.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
      Robert P. Wendt    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Thomas E. Reilly    on behalf of Creditor    First National Bank of Pennsylvania ecf@tomreillylaw.com

                                                                                                                                         TOTAL: 18