UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

In re:   JONATHAN C DRIVER

Debtor(s)

Case No. 11-24730GLT

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/27/2011.

2) The plan was confirmed on 09/14/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 06/26/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 07/07/2016.

6) Number of months from filing to last payment: 59.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $33,592.33.

10) Amount of unsecured claims discharged without payment: $157,342.52.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $80,978.00 |
| Less amount refunded to debtor | $1,088.04 |

**NET RECEIPTS:** $79,889.96

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,300.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,761.55 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,061.55

Attorney fees paid and disclosed by debtor:    $800.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANTA BANK CORPORATION | Unsecured | 2,939.07 | 2,713.01 | 2,713.01 | 458.20 | 0.00 |
| AMERICAN EXPRESS BANK FSB | Unsecured | 5,971.99 | 5,971.99 | 5,971.99 | 1,008.61 | 0.00 |
| AMERICAN EXPRESS CENTURION BI | Unsecured | 2,087.07 | 2,160.99 | 2,160.99 | 364.97 | 0.00 |
| BANK ONE/DIV JPMORGAN CHASE*  | Secured | 85,644.95 | NA | NA | 0.00 | 0.00 |
| BEAVER COUNTY | Secured | 433.46 | NA | NA | 0.00 | 0.00 |
| BEAVER COUNTY | Secured | 406.59 | NA | NA | 0.00 | 0.00 |
| BEAVER COUNTY | Secured | 304.03 | NA | NA | 0.00 | 0.00 |
| BEAVER COUNTY TAX CLAIM BURE | Secured | 631.87 | NA | NA | 0.00 | 0.00 |
| BEAVER COUNTY TAX CLAIM BURE | Secured | 1,160.05 | NA | NA | 0.00 | 0.00 |
| BEAVER COUNTY TAX CLAIM BURE | Secured | 1,236.70 | NA | NA | 0.00 | 0.00 |
| BEAVER COUNTY TAX CLAIM BURE | Secured | 673.62 | NA | NA | 0.00 | 0.00 |
| BEAVER COUNTY TAX CLAIM BURE | Secured | 472.48 | NA | NA | 0.00 | 0.00 |
| BEAVER COUNTY TAX CLAIM BURE | Secured | 867.43 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA(*) | Unsecured | 11,574.96 | NA | NA | 0.00 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURG | Secured | 0.00 | 325.14 | 0.00 | 0.00 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURG | Secured | 0.00 | 155.60 | 0.00 | 0.00 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURG | Secured | 654.26 | 1,769.05 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 235.97 | 477.56 | 0.00 | 0.00 | 0.00 |
| DOMESTIC RELATIONS OBLIGATION | Priority | NA | NA | NA | 0.00 | 0.00 |
| EARL NOVENDSTERN | Secured | 8,223.33 | NA | NA | 0.00 | 0.00 |
| EARL NOVENDSTERN | Secured | 8,223.33 | NA | NA | 0.00 | 0.00 |
| EARL NOVENDSTERN | Secured | 8,223.33 | NA | NA | 0.00 | 0.00 |
| EARL NOVENDSTERN | Unsecured | 5,940.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES** SCCSR BANK | Unsecured | 5,939.72 | 5,682.65 | 5,682.65 | 959.74 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Secured | 26,819.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Secured | 31,622.17 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Secured | 44,735.46 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Unsecured | 0.00 | 45,592.52 | 45,592.52 | 7,700.12 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Unsecured | 0.00 | 32,406.51 | 32,406.51 | 5,473.14 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Unsecured | 0.00 | 27,515.60 | 27,515.60 | 4,647.11 | 0.00 |
| GREAT LAKES EDUCATIONAL LOAN | Unsecured | NA | 6,000.43 | 6,000.43 | 1,013.41 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC++ | Unsecured | 5,346.44 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Secured | 61,675.40 | 59,807.50 | 0.00 | 45,592.34 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 64,143.12 | 64,143.12 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 0.00 | 81.52 | 81.52 | 81.52 | 0.00 |
| JPMORGAN CHASE BANK NA | Priority | 0.00 | 570.00 | 570.00 | 570.00 | 0.00 |
| KEYSTONE MUNIC COLLECTIONS** | Priority | 970.07 | NA | NA | 0.00 | 0.00 |
| MOON ASD (MOON TWP) - EIT** | Priority | 1,049.01 | 186.63 | 428.75 | 428.75 | 0.00 |
| MOON ASD (MOON TWP) - EIT** | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MOON ASD (MOON TWP) - EIT** | Unsecured | 0.00 | 317.85 | 317.85 | 53.68 | 0.00 |
| MOON TWP (EIT)** | Unsecured | NA | 317.85 | 317.85 | 53.68 | 0.00 |
| MOON TWP (EIT)** | Priority | NA | 186.63 | 186.63 | 186.63 | 0.00 |
| NATIONSTAR MORTGAGE LLC* | Secured | 30,102.37 | 31,445.01 | 0.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC* | Priority | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 2,300.78 | NA | 2,300.78 | 2,300.78 | 0.00 |
| PNC BANK NA | Unsecured | 31,988.72 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 1,060.80 | 1,085.18 | 1,085.18 | 183.28 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 1,820.94 | 1,882.64 | 1,882.64 | 317.96 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 9,056.54 | 9,173.87 | 9,173.87 | 1,549.37 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 6,668.88 | 6,585.28 | 6,585.28 | 1,112.19 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 1,881.67 | 1,954.12 | 1,954.12 | 330.03 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 1,377.29 | 1,443.00 | 1,443.00 | 243.71 | 0.00 |
| QUEST DIAGNOSTICS++ | Unsecured | 202.48 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK NB | Unsecured | 1,179.43 | 1,179.43 | 1,179.43 | 199.19 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $45,592.34 | $0.00 |
| Mortgage Arrearage | $81.52 | $81.52 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$81.52** | **$45,673.86** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,486.16 | $3,486.16 | $0.00 |
| **TOTAL PRIORITY:** | **$3,486.16** | **$3,486.16** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$151,982.92** | **$25,668.39** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $5,061.55 |
| Disbursements to Creditors | $74,828.41 |
| **TOTAL DISBURSEMENTS** : | **$79,889.96** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/30/2016          By: /s/ Ronda J. Winnecour
                                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**